42053. DAWN MEMORIAL PARK, INC. v. SOUTHERN CEMETERY CONSULTANTS OF GEORGIA, INC.

JORDAN, Judge. This is an appeal from the judgment of the trial court overruling the defendant's motion to dismiss count 2 of the plaintiff's petition. *Held:*

The record before this court discloses that count 1 of the petition is still pending in the trial court. Accordingly, the judgment appealed from is neither a final judgment nor one which would have been final if rendered as contended for by the appellant (*Code Ann.* § 6-701); and the appeal must be dismissed as being premature. *Code Ann.* § 6-809 (b); *Johnson v. Henry & Co.*, 178 Ga. 542 (174 SE 140); *Railey v. United Life &c. Ins. Co.*, 25 Ga. App. 301 (103 SE 184); *McFarland v. Lumpkin*, 108 Ga. App. 370 (133 SE2d 117).

*Appeal dismissed. Bell, P. J., and Eberhardt, J., concur.*

ARGUED JUNE 9, 1966—DECIDED JUNE 10, 1966.

*Moreton Rolleston, Jr.*, for appellant.

*William G. Grant, Mitchell, Clarke, Pate & Anderson, Stephens Mitchell*, for appellee.